UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:09-cv-01423 |
| | : | Judge Gladys Kessler |
| STEVEN R. CHAMBERLAIN *et al.* | : | |
| Defendants. | : | |

**STATEMENT NOTING A PARTY'S DEATH**

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Daniel A. Ball, counsel for Defendant Steven R. Chamberlain, informs the Court of Mr. Chamberlain's death on December 16, 2009.

Dated: January 6, 2010

Respectfully submitted,

BALL LAW OFFICES, P.C.

*/s/ Daniel A. Ball*

Daniel A. Ball  (DC Bar #370474)
BALL LAW OFFICES, P.C.
5410 Edson Lane, Suite 315
Rockville, Maryland 20852
Tel: (301) 770-3050
Fax: (301) 770-3017
Email: dball@dablaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of January 2010, I caused a copy of the foregoing Statement Noting a Party's Death to be filed electronically and served electronically upon the following attorneys:

Arthur S. Lowry, Esq.
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Email: lowrya@sec.gov

      Counsel to the United States Securities and Exchange Commission

Thomas A. Hanusik, Esq.
Justin P. Murphy, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: Thomas.Hanusik@crowell.com
Email: Justin.murphy@crowell.com

      Counsel to Elaine M. Brown

C. Evans Stewart, Esq.
Shawn P. Naunton, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, NY 10036
Email: estewart@zuckerman.com
Email: snaunton@zuckerman.com

      Counsel to Gary A. Prince

                                                  _____
                                                  Daniel A. Ball