

1540 BROADWAY  SUITE 1604
NEW YORK, NY 10036-4039
212.704.9600   212.704.4256 fax   www.zuckerman.com

C. Evan Stewart
Partner
(212) 704-4348
estewart@zuckerman.com

May 18, 2010

The Honorable Gladys E. Kessler
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

  Re: <u>SEC v. Chamberlain, et al., No. 1:09-CV-01423 (GK)</u>

Dear Judge Kessler:

  I am writing on behalf of the counsel listed below with respect to the upcoming status conference in the above-captioned action scheduled for June 2, 2010.

  Pursuant to your directive at the most recent status conference (April 8, 2010), defendants' counsel have attempted to resolve outstanding discovery issues relating to the attorney-client privilege and attorney work product with counsel for Integral Systems, Inc. and the Venable LLP law firm. Unfortunately, while we have made some progress, those efforts have not been completely successful and, as such, we were planning to report on that matter to the court as directed and to have the matter be part of the June 2nd conference, with counsel for Integral Systems, Inc. and the Venable LLP law firm present.

  We have just been informed by lead counsel for Integral Systems, Inc. that she will shortly be undergoing surgery and thus will not be able to travel until (at the earliest) the beginning of July, 2010. Because of her role in handling these issues on behalf of Integral Systems, Inc., she does not believe it would be appropriate for another partner in her law firm to be a substitute for her at the June 2nd status conference.

 **ZUCKERMAN SPAEDER LLP**

The Honorable Gladys E. Kessler
May 18, 2010
Page 2

In light of the foregoing, it does not appear possible or practical to address and resolve the disputed attorney-client privilege and attorney work product issues at the June 2nd status conference without counsel for Integral. As such, all counsel propose addressing those issues at an additional status conference in early July. At the same time, however, there are other scheduling items on which the parties need the Court's guidance and thus the parties do not seek an adjournment of the June 2nd status conference.

Respectfully,

C. Evan Stewart
(Counsel for Gary A. Prince)

cc:  Thomas A. Hanusik, Esq.
     (Counsel for Elaine M. Brown)

   Arthur S. Lowry, Esq.
   (Counsel for the U.S. Securities and Exchange Commission)

   Lisa M. Wood, Esq.
   (Counsel for Integral Systems, Inc.)

   George Kostolampros, Esq.
   (Counsel for Venable LLP)