UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
UNITED STATES SECURITIES     :
AND EXCHANGE COMMISSION,     :
                                                      :
          Plaintiff,          :
                                                      :     No. 1:09-CV-01423 (GK)
          v.                :
                                                      :
ELAINE M. BROWN and     :     Next Scheduled Court Deadline:
GARY A. PRINCE,     :     Pretrial Conference
                                                      :     May 17, 2012 at 4 p.m.
          Defendants.    :
---------------------------------------------------------x

**JOINT MOTION TO CLARIFY DEADLINE FOR CROSS-DESIGNATION OF DEPOSITION TESTIMONY AND MEMORANUDM IN SUPPORT THEREOF**

      The parties respectfully submit this joint motion to clarify the parties' deadline for cross-designation of deposition testimony in this action.

      On May 7, 2012, the parties filed the Joint Pretrial Statement in this action. (Dkt. No. 118.) The Joint Pretrial Statement identifies portions of deposition testimony the parties intend to offer in evidence at trial in this action. Pursuant to the Court's Order dated November 3, 2009, "Any cross-designation [of deposition testimony] sought by any other party must be made at or before **the final Pretrial Conference**." (Dkt. No 23 at Appendix A, "Form of Joint Pretrial Statement" (emphasis added).) Pursuant to the Court's Order dated January 10, 2012 (Dkt. No 87), "**a Pretrial Conference** shall be held in this case on May 17, 2012 at 4 p.m." The January 10, 2012 Order is silent as to whether the May 17 Pretrial Conference is, in fact, the final Pretrial Conference, thereby triggering the parties' deadline for cross-designation of deposition testimony.

      In order to clarify this deadline, the parties respectfully request that the Court enter an order requiring the parties to make any cross-designations of deposition testimony no later than

3629109.1

30 calendar days prior to the trial date or "trial ready" date established by the Court in this action. A proposed form of Order is filed herewith for the convenience of the Court.

Respectfully submitted,

| | |
|---|---|
| May 9, 2012 | /s/ Alan M. Lieberman<br>Alan M. Lieberman<br>H. Michael Semler, DC Bar No. 162479<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549-5985<br>Tel: 202-551-4429 (Semler)<br>Fax: 202-772-9292<br>Email: semlerm@sec.gov<br><br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| /s/Shawn P. Naunton<br>C. Evan Stewart<br>Shawn Naunton<br>Estewart@ Zuckerman.com<br>Snaunton@Zuckerman.com<br>Zuckerman Spaeder LLP<br>1185 Avenue of the Americas<br>31st Floor<br>New York, N.Y. 10036<br>Tel:  212-704-9600<br><br>Roger E. Zuckerman<br>D.C. Bar No. 134346<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W. Suite 1000<br>Washington, D.C. 20036-5802<br>Tel: 202-822-8106<br><br>*Attorneys for Gary Prince* | /s/ Thomas A. Hanusik<br>Thomas A. Hanusik<br>Justin P. Murphy<br>Thanusik@crowell.com<br>Justin.Murphy@crowell.com<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D. C. 20004-2595<br>Tel: 202- 624-2500<br><br>*Attorneys for Elaine Brown* |