Government __X__
Plaintiff _____
Defendant _____
Joint _____

SEC
vs.
PRINCE

Civil/Criminal __Civil__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Pl. Demon. # 3 | Table with ISI's 10-K and Proxy Statement fillings, their corresponding exhibit number, and whether Prince was disclosed in said filings. | | 1/4/13 | | |
| Pl. Demon. # 5 | Table outlining Prince's option grant and ownership, the corresponding report Prince should have filed, its due date, and whether it was filed. | | 1/4/13 | | |
| Pl. Demon. # 6 | Executive compensation chart for ISI's CEO, its highest paid executive officers, and Gary Prince for the years 1999-2005. | 1/3/13 | 1/4/13 | Prince | |
| Pl. Demon. # 7 | Table of uncontested G-6 members. | | 1/4/13 | | |
| Pl. Demon. # 8 | List of Senior ISI personell and their positions from 1999 – March, 2006. | | 1/4/13 | | |
| Pl. Demon. # 9 | Visual of ISI senior organizational structure by year (1999 – 2006). | | 1/4/13 | | |
| Pl. Demon. # 13 | Labor category for selected ISI employees. (taken from SEC Ex. # 50). | | 1/4/13 | | |
| Pl. Demon. # 15 | Visual timeline of key events. | | 1/4/13 | | |
| | | | | | |
| | | | | | |
| | | | | | |

SEC v. Prince, No. 09-CV-01423                                    12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Admitted ~~Rec'd~~ | Witness |
|---|---|---|---|---|---|---|---|
| 1 | SEC v. Prince Final Judgment (D. D. C.) | 08/18/94 | IVEX 6 | 12/12/12 | | 1/2/13 | Prince |
| 2 | Prince Rule 102(e) practice bar | 06/24/97 | IVEX 7 | 12/12/12 | | 12/12/12 | Turner |
| 3 | Memo from Chamberlain to Prince re "Full Time Employment" | 12/08/98 | IVEX 11 | 12/12/12 | | 1/2/13 | Prince |
| 4 | Email from E. Parfitt to Accounting, G. Prince, S. Chamberlain, T. Gough, S. Wimsatt, C. Thompson, re: Out Wed. April 28th thru Thurs. May 6th | 04/27/99 | IVEX 32 | | | | |
| 5 | Email from G. Prince to E. Parfitt re: Sr. Financial Exec. with attachment | 05/19/99 | IVEX 37 | 1/3/13 | | 1/4/13 | Prince |
| 6 | TG ltr to USPO re GAP/roles | 07/5/99 | Dep. Exh. 279 | 12/20/12 | | 1/2/13 | Gough |
| 7 | Email G. Prince to internal Q3 IMI EPS calculation | 07/22/99 | Dep. Exh. 238 | | | | |
| 8 | Email from G. Prince to internal re: Draft Q3 results press release | 08/03/99 | Dep. Exh. 239 | 1/3/13 | | 1/4/13 | Prince |
| 9 | Email from G. Prince to internal re: FY00 forecast | 08/27/99 | Dep. Exh. 240 | 12/11/12 | | 12/12/12 | Gaffney |
| 10 | Memo from Gray to Prince and Parfitt (Brown) re "Purchase Accounting Questions" | 09/09/99 | IVEX 105 | | | | |
| 11 | Email from E. Parfitt to J. Flaherty re: Executive Compensation | 11/29/99 | Dep. Exh. 321 | 12/10/12 | | 12/10/12 | Flaherty |
| 12 | Email from G. Prince to internal re: SEC backlog FY99 10-KSB | 11/30/99 | Dep. Exh. 241 | 12/11/12 | | 12/12/12 | Gaffney |
| 13 | E. Parfitt to J. Dvorak re: draft 10-K Prince bio | 12/03/99 | Dep. Exh. 176 | 12/18/12 | | 1/2/13 | Brown |
| 14 | Email from E. Parfitt to T. Gough re: Prince's Titles | 12/07/99 | Dep. Exh. 280 | 12/12/12 | | 1/2/13 | Prince |

SEC v. Prince, No. 09-CV-01423                                              12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Rec'd ~~Rec'd~~ Admitted | Witness |
|---|---|---|---|---|---|---|---|
| 15 | Email from E. Parfitt to Prince, Chamberlain re: apology for raising disclosure issues | 12/08/99 | Dep. Exh. 298 | 12/12/12 | | 1/2/13 | Prince |
| 16 | Email from E. Parfitt to G. Prince and S. Chamberlain re: Apology | 12/08/99 | Dep. Exh. 331 | 12/21/12 | | 1/2/13 | Gough |
| 17 | Email from E. Parfitt to G. Prince and T. Gough re: "update to Prince's titles | 12/10/99 | Dep. Exh. 281 | 12/21/12 | | 1/2/13 | Gough |
| 18 | Draft of 10-KSB for FY ended 9/30/99 with comments | 12/14/99 | IVEX 67 | 12/12/12 | | 1/2/13 | Prince |
| 19 | Email from G. Prince to internal re: Q1 Rev/P&L Alert | 12/30/99 | Dep. Exh. 242 | 12/11/12 | | 12/12/12 | Gaffney |
| 20 | Proxy Statement | 03/13/00 | | 12/12/12 | | 12/12/12 | |
| 21 | Email from G. Prince to internal re: Q2FY00 Earnings release | 05/02/00 | Dep. Exh. 247 | | | | |
| 22 | 05/10/00 BOD Minutes | 05/10/00 | Dep. Exh. 9 | | | | |
| 23 | Email form G. Prince to E. Parfitt re: Draft "Surprises" e-mail | 07/10/00 | IVEX 33 | 12/12 | | 1/2/13 | Prince |
| 24 | Email from G. Prince to internal re: Draft PR Q3 financials | 08/03/00 | Dep. Exh. 253 | 12/11/12 | | 12/12/12 | Gaffney |
| 25 | Email from Prince to Parfitt (Brown) re "SAT" | 10/02/00 | IVEX 112 | | | | |
| 26 | Email from G. Prince to internal re: Q4 financials | 10/6/00 | Dep. Exh. 256 | | | | |
| 27 | Email from G. Prince to internal re: Q4 results vs. Plan | 10/30/00 | Dep. Exh. 257 | 12/11/12 | | 12/12/12 | Gaffney |
| 28 | Email from G. Prince to internal re: FY01 Forecast | 12/4/00 | Dep. Exh. 258 | | | | |
| | Draft of 10-K for FY ended | 12/17/00 | IVEX 68 | | | | |

SEC v. Prince, No. 09-CV-01423                                          12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ Admitted | Rec'd | Witness |
|---|---|---|---|---|---|---|---|
| 29 | 9/30/00 with coversheet and comments | | | 12/12/12 | | 12/12/12 | Prince |
| 30 | Draft of portions 10-K for FY ended 9/30/00 with coversheet and comments | 12/19/00 | IVEX 69 | 12/12/12 | | 12/12/12 | Prince |
| 31 | ISI Form 10-K | 12/19/00 | | 12/12/12 | | 12/12/12 | |
| 32 | Proxy Statement | 02/26/01 | | 12/12/12 | | 12/12/12 | |
| 33 | Email JDv to GAP on disclosure | 06/04/01 | IVEX 51 | 12/12/12 | | 1/2/13 | Prince |
| 34 | Email from G. Prince to S. Chamberlain, cc: T. Gough, P. Woods, P. Gaffney, E. Parfitt re: Back of the Envelope Revenue Calculation – FY 02 | 08/14/01 | Dep. Exh. 287 | 12/11/12 | | 12/12/12 | Gaffney |
| 35 | Email from Prince to Parfitt (Brown) re "10-K Disclosures" | 12/07/01 | Bates # 000918 | 12/12/12 | | 12/12/12 | Turner |
| 36 | Draft of portions 10-K for FY ended 9/30/01 with comments | 12/10/01 | IVEX 70 | 12/12/12 | | 12/12/12 | Prince |
| 37 | Draft of portions 10-K for FY ended 9/30/01 with comments | 12/19/01 | IVEX 71 | 12/12/12 | | 12/12/12 | Prince |
| 38 | ISI Form 10-K | 12/21/01 | | 12/12/12 | | 12/12/12 | |
| 39 | 02/06/02 BOD Minutes | 02/06/02 | Dep. Exh. 10 | | | | |
| 40 | Email from Prince to Parfitt (Brown) re "10-Q" | 02/07/02 | Bates # ISI 104661 | | | | |
| 41 | Email from G. Prince to internal re: P&L thoughts with accounting treatment | 2/15/02 | Dep. Exh. 244 | | | | |
| 42 | Proxy Statement | 02/22/02 | | 12/12/12 | | 12/12/12 | |
| 43 | Email from G. Prince to S. Chamberlain re: thoughts on corporation organization | 03/22/02 | Dep. Exh. 288 | 12/12/12 | | 1/2/13 | Prince |

SEC v. Prince, No. 09-CV-01423                                   12/06/12

# SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
| 44 | Email from Prince to Parfitt (Brown) re 10-Q | 05/02/02 | Bates # ISI 104858-884 | 1/3/13 | | 1/4/13 | Prince |
| 45 | Email from E. Parfitt to internal re: G-7 policy presentation | 05/04/02 | Dep. Exh. 291 | 12/10/12 | | 12/10/12 | Flaherty |
| 46 | FY02 Bonus Worksheet | 05/05/02 | Dep. Exh. 328 | 12/10/12 | | 12/10/12 | Flaherty |
| 47 | Email from Prince to Parfitt (Brown) re "E&Y comments on 10-Q" | 05/10/02 | Bates # ISI 104983 | 1/3/13 | | 1/4/13 | Prince |
| 48 | Email from Christner to Prince re "Follow-up" | 05/10/02 | IVEX 153 | 12/19/12 | | 1/2/13 | Christner |
| 49 | Email from Prince to Parfitt and Chamberlain re "Follow-up" | 05/10/02 | IVEX 55 | 12/19/12 | | 1/2/13 | Prince |
| 50 | Employee Compensation Chart | 07/31/02 | Dep. Exh. 327 | 12/10/12 | | 12/10/12 | Flaherty |
| 51 | 08/07/02 BOD Minutes | 08/07/02 | Dep. Exh. 12 | | | | |
| 52 | Draft of portions of 10-Q for period ended 06/30/02 with comments | 08/09/02 | Bates # EMB 001870-94 | 12/12/12 | | 12/12/12 | |
| 53 | Draft of portions 10-K for FY ended 9/30/02 with cover letter and comments | 09/30/02 | IVEX 72 | 12/12/12 | | 12/12/12 | Prince |
| 54 | Email from Prince to Parfitt (Brown) re Closing Financial Statements and preceding email string | 10/29/02 | Dep. Exh. 346 IVEX 25 | 12/12/12 | | 12/12/12 | Prince |
| 55 | Email from Prince to Parfitt (Brown) re "10-K update needed" | 12/02/02 | Bates # ISI 107597 | 1/3/13 | | 1/4/13 | Prince |
| 56 | Email from P. Gaffney to E. Parfitt, S. Chamberlain, cc: G. Prince, re: 10-K question | 12/10/02 | Dep. Exh 289 | | | | |

SEC v. Prince, No. 09-CV-01423                          12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ Admitted | Rec'd | Witness |
|---|---|---|---|---|---|---|---|
| 57 | ISI Form 10-K | 12/12/02 | | 12/12/12 | | 12/12/12 | |
| 58 | Email from Prince to Chamberlain re MD&A | 02/08/03 | IVEX 30 | | | | |
| 59 | Email from E. Parfitt to G. Prince re Memo Email from E. Parfitt to G. Prince re Memo consulting on "unusual accounting" matters | 02/9/03 | IVEX 129 | | | 1/2/13 | |
| 60 | Email from Prince to Parfitt (Brown) and others re "10-Q comments" | 02/09/03 | Bates # ISI 109817 | 12/12/12 | | 12/12/12 | Prince |
| 61 | Draft of portions 10-Q for period ended 12/31/02 with comments | 02/12/03 | IVEX 77 | 12/12/12 | | 1/2/13 | Prince |
| 62 | Proxy Statement | 02/28/03 (signed) 04/16/03 (filed) | | 12/12/12 | | 12/12/12 | |
| 63 | 05/08/03 BOD Minutes | 05/08/03 | Dep. Exh. 13 | | | | |
| 64 | Draft of portions 10-Q for period ended 03/31/03 with comments | 05/14/03 | IVEX 74 | 12/12/12 | | 1/2/13 | Prince |
| 65 | 07/01/03 BOD Minutes | 07/01/03 | Dep. Exh. 14 | | | | |
| 66 | Memo from G. Prince to ISI Board of Directors, cc: E. Parfitt re: Tax Issue with Ernst & Young | 08/19/03 | Dep. Exh. 36 | | | | |
| 67 | Email form E. Parfitt to P. Carey, T. Gough, S. Chamberlain, SRC, G. Prince, re: Interviewing audit firms, with handwritten notes | 8/22/03 | IVEX 130 | | | | |
| 68 | Email from G. Prince to J. Flaherty and E. Parfitt re: Integral Capital Loss Carry | 09/15/03 | Dep. Exh. 324 | 12/10/12 | | 12/10/12 | Flaherty |

SEC v. Prince, No. 09-CV-01423                                         12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | ~~Rec'd~~ Admitted | Witness |
|---|---|---|---|---|---|---|---|
|  | back/ Impairment Issue |  |  |  |  |  |  |
| 69 | Draft of portions 10-K for FY ended 09/30/03 with comments | 09/30/03 | IVEX 78 | 12/12/12 |  | 1/2/13 | Prince |
| 70 | Email from Parfitt to P. Cary re: 10-K information for review | 11/11/03 | Dep. Exh. 325 | 12/10/12 |  | 12/10/12 | Flaherty |
| 71 | ISI Form 10-K | 12/12/03 |  | 12/12/12 |  | 12/12/12 |  |
| 72 | GAP internal re CEO comp. to Comp. Comm. | 01/08/04 | Dep. Exh. 290 |  |  |  |  |
| 73 | Email from Prince to Gough and others re "Availability of Accounting Information" | 02/03/04 | IVEX 29 | 12/11/12 |  | 12/12/12 | Gaffney |
| 74 | Proxy Statement | 03/02/04 (signed) 04/14/04 (filed) |  | 12/12/12 |  | 12/12/12 |  |
| 75 | Email from Parfitt (Brown) to Prince re "10-Q Amplification" | 05/07/04 | Bates # ISI 123223 | 12/18/12 |  | 1/2/13 | Brown |
| 76 | Email from Parfitt to M. West and A. Alderete re: Epoch SW | 05/21/04 | Dep. Exh. 342 | 12/10/12 |  | 12/10/12 | Alderete |
| 77 | Email from Prince to Chamberlain re "10-Q" with attachment | 07/30/04 | Bates # ISI 126225-258 |  |  |  |  |
| 78 | EPB to JF re: Form 4 filings delete GAP | 10/06/04 | Dep. Exh. 323 | 12/10/12 |  | 12/10/12 | Flaherty |
| 79 | Email from Prince to Smith and Carey re Q4 Questions and preceding email string | 10/27/04 | Dep. Exh. 347 | 12/12/12 |  | 12/12/12 | Prince |
| 80 | Email from G. Prince to S. Ridge, SRC, P. Carey, E. Parfitt, P. Gaffney, T. Gough, A. Smith, P. Woods, A. Derete, re: Preliminary results for | 11/02/04 | Dep. Exh. 348 | 12/12/12 |  | 12/12/12 |  |

SEC v. Prince, No. 09-CV-01423                                      12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
|  | Q4FY04 |  |  |  |  |  |  |
| 81 | Email from G. Prince to E. Parfitt, re: F&A Organization | 11/11/04 | IVEX 115 |  |  |  |  |
| 82 | Email from G. Prince to internal re: Comments on 10-K | 11/15/04 | Dep. Exh. 338 |  |  |  |  |
| 83 | Email from G. Prince to internal re: Reply to E. Parfitt's comments to 10-K | 11/15/04 | Dep. Exh. 339 |  |  |  |  |
| 84 | Email fr. G. Prince to internal re: 10-K | 11/15/04 | Dep. Exh. 340 |  |  |  |  |
| 85 | Email from P. Gaffney to G. Prince, A. Smith, A. Alderete, P. Carey, E. Parfitt, re 10-K | 11/15/04 | Dep. Exh. 292 |  |  |  |  |
| 86 | Email from Prince to several individuals re "10-K" with attachment | 11/15/04 | Bates # ISI 163851-927 | 12/12/12 |  | 12/12/12 | Turner |
| 87 | Email from G. Prince to A. Smith, P. Carey, E. Parfitt re: 10-K R&D Expenses | 11/16/04 | Dep. Exh. 341 | 12/10/12 |  | 12/10/12 | Alderete |
| 88 | 12/01/04 BOD Minutes | 12/01/04 | Dep. Exh. 6 |  |  |  |  |
| 89 | ISI Form 10-K 09/30/04 | 12/09/04 |  | 12/12/12 |  | 12/12/12 |  |
| 90 | GAP is Bill Thomas' supervisor | 01/11/05 | Dep. Exh. 282 | 12/11/12 |  | 12/12/12 | Gaffney |
| 91 | Proxy Statement | 03/08/05 |  | 12/12/12 |  | 12/12/12 |  |
| 92 | Email from Prince to several individuals re "10-Q/MD&A" with attached draft 10-Q for period ended 3/31/05 | 04/28/05 | Bates # ISI 130983-131017 |  |  |  |  |
| 93 | Email from E. Parfitt to internal re: Stock Option Plan (Turner Rpt) | 05/16/05 | Dep. Exh. 326 | 12/10/12 |  | 12/10/12 | Flaherty |
| 94 | Sched. of Personnel | 7/1/2005 | Dep. Exh. | 12/10/12 |  | 12/10/12 | Flaherty |

SEC v. Prince, No. 09-CV-01423                                              12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | ~~Rec'd~~ Admitted | Witness |
|---|---|---|---|---|---|---|---|
|  | Authorized to Approve Expenses/Purchases |  | 329 |  |  |  |  |
| 95 | Email from E. Parfitt to internal re: Message to Finance, Contracts and HR on signing authority | 07/06/05 | Dep. Exh. 283 | 12/10/12 |  | 12/12/12 | Gaffney |
| 96 | Email from S. Chamberlain to internal re: Contract SNAFUS | 08/01/05 | Dep. Exh. 262 | 12/10/12 |  | 12/10/12 | Alderete |
| 97 | Email from E. Parfitt to Contracts, cc: Accounting, G. Prince, re: Change in contracts dept oversight | 8/12/05 | Dep. Exh 333 | 12/10/12 |  | 12/10/12 | Alderete |
| 98 | Email G. Prince to K. Hall, cc: Parfitt et al. re: Lumistar Accnting Issues | 09/01/05 | IVEX 111 |  |  |  |  |
| 99 | ISI Organizational Chart | 09/01/05 | Dep. Exh. 334 | 12/10/12 |  | 12/10/12 | Alderete |
| 100 | GAP hiring authority | 09/01/05 | Dep. Exh. 336 | 12/10/12 |  | 12/10/12 | Alderete |
| 101 | Email from Prince to McComas and others re "Lumistar" with preceding emails | 09/27/05 | Dep. Exh. 83 |  |  |  |  |
| 102 | Email from P. Gaffney to internal re: Sign-off on contracts | 9/30/05 | Dep. Exh. 335 | 12/10/12 |  | 12/10/12 | Alderete |
| 103 | GAP offer ltr to Sr Contracts Admin/Fin. Analyst new hire | 10/04/05 | Dep. Exh. 337 | 12/10/12 |  | 12/10/12 | Alderete |
| 104 | Email Brown to Dvorak re Integral's 9/30/05 Form 10-K draft | 12/12/05 | Dep. Exh. 25 | 12/18/12 |  | 1/2/13 | Brown |
| 105 | Letter from McComas and Laiti to Wachtel | 11/01/05 | Dep. Exh. 16 |  |  |  |  |
| 106 | EPB to Comp. Comm. FY05 Exec. bonuses | 11/02/05 | Dep. Exh. 84 |  |  |  |  |
| 107 | Memo from E. Brown to Board Compensation | 11/03/05 | Dep. Exh. 265 |  |  |  |  |

SEC v. Prince, No. 09-CV-01423                                    12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ Admitted | Rec'd | Witness |
|---|---|---|---|---|---|---|---|
| | Committee re: FY05 Executive Bonuses | | | | | | |
| 108 | Email from Gough to Prince and others re Compensation Committee and preceding email from Prince | 11/09/05 | Dep. Exh. 153 | 12/10/12 | | 12/10/12 | Flaherty |
| 109 | 11/30/05 BOD Minutes | 11/30/05 | Dep. Exh. 15 | | | | |
| 110 | Email Wachtel to Parfitt re: ISI's 9/30/05 10-K draft; Email from Parfitt to cc.T. Gough re: ISI's 9/30/05 Form 10-K draft | 12/05/05 | Dep. Exh. 86 | | | | |
| 111 | Email from Prince to Parfitt (Brown) re "Integral's 10-K" | 12/05/05 | Bates # ISI 050161-173 | 1/3/13 | FRE 402, Relevance | 1/4/13 | Prince |
| 112 | Email from J. Dvorak to W. Christner re: Intergral's 9/30/05 10-K draft | 12/08/05 | Dep. Exh. 217 | 12/18/12 | | 1/2/13 | Brown |
| 113 | EPB to BW re discussion w/V re 10-K issues | 12/09/05 | Dep. Exh. 87 | | | 1/2/13 | |
| 114 | Email string EB/BW (EB misreps GAP) 11/23-12/12/05 | 12/12/05 | Dep. Exh. 271 | | | | |
| 115 | BW to EPB: DLA Piper resignation | 12/12/05 | Dep. Exh. 88 | | | | |
| 116 | Email from Prince to Carey and others re "10-K" w/o attachment | 12/14/05 | Bates # ISI 138507 | | FRE 402, Relevance | | |
| 117 | ISI Form 10-K 09/30/05 | 12/14/05 | | 12/12/12 | | 12/12/12 | |
| 118 | ISI Form 8-K | 01/09/06 | Dep. Exh. 18 | 12/11/12 | | 12/12/12 | Gaffney |
| 119 | Draft of portions 10-Q for period ended 12/31/05 with comments | 01/31/06 | IVEX 81 | 1/3/13 | FRE 402, Relevance | 1/4/13 | Prince |
| 120 | Proxy Statement | 03/16/06 | | 12/12/12 | | 12/12/12 | |
| 121 | TJ to WEC requesting | 04/19/06 | Dep. Exh. | | | | |

SEC v. Prince, No. 09-CV-01423                                    12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
|  | GAP info |  | 126 |  |  |  |  |
| 122 | WEC to McComas re "best strategy" | 04/24/06 | Dep. Exh. 24 |  |  |  |  |
| 123 | GAP "My Role" memo w/6 exhs. | 06/09/06 | Dep. Exh. 164 | 12/10/12 |  | 12/10/12 | Alderete |
| 124 | Email from G. Garinther to H. Smith re: Memo in response to SEC informal inquiry | 06/14/06 | Dep. Exh. 132 |  |  |  |  |
| 125 | Prince "My Role" edited draft | 06/14/06 | Dep. Exh. 227 |  |  |  |  |
| 126 | Brown to Christner w/GAP "My Role" memo | 06/14/06 | Dep. Exh. 319 |  |  |  |  |
| 127 | 08/02/06 BOD Minutes | 08/02/06 | Dep. Exh. 7 |  |  |  |  |
| 128 | Email from McComas to Laiti and others re "Privileged and Confidential" and preceding email | 07/28/06 | Dep. Exh. 51 |  |  |  |  |
| 129 | Venable ltr to SEC | 08/14/06 | Dep. Exh. 56 | 12/10/12 |  | 12/10/12 | Alderete |
| 130 | Background Questionnaire completed by Prince | 05/10/07 | IVEX 3 | 1/3/13 |  | 1/4/13 | Prince |
| 131 | Fiscal Management Associates statement from website | 08/24/11 | SJ-MM |  |  |  |  |
| 132 | Expert Report of Lynn Turner with exhibits 1-10 | 10/14/11 | Dep. Exh. 349 w/ attachs. | 12/12/12 |  | 12/12/12 | Turner |
| 133 | Rebuttal Expert Report of Lynn Turner | 11/14/11 | Dep. Exh. 350 | 12/12/12 |  | 12/12/12 |  |
| 134 | Prince email to Parfitt re SAT Bonuses | 11/15/00 | IVEX 31 | 12/12/12 |  | 1/2/13 | Prince |
| 135 | Parfitt email to Seaman re Info needed for 10-KSB and prior email string | 11/29/99 | Bates # ISI147190 | 1/3/13 |  | 1/4/13 | Prince |
| 136 | Gary A. Prince Interactions |  | IVEX 4 | 12/12/12 |  | 1/2/13 | Prince |

SEC v. Prince, No. 09-CV-01423                                             12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
| | with ISI's Board of Directors 1999-2006 | | | | | | |
| 137 | Prince email re: Venable meeting | 01/19/01 | IVEX 50 | | | | |
| 138 | Prince email re: "Thought on EVP titles" | 04/25/02 | IVEX 53 | 12/12/12 | | 1/2/13 | Prince |
| 139 | Supplemental Expert Report of Lynn Turner and Attachment | 04/23/12 | | 12/12/12 | | 12/12/12 | Turner |
| 140 | TG email re 2005 bonuses | 11/08/05 | Dep. Exh. 4 | | | | |
| 141 | EPB email re final 10-K for comment | 12/20/01 | Dep. Exh. 20 | | | | |
| 142 | "Guru" email | 01/12/06 | Dep. Exh. 39 | | FRE 802, Hearsay; FRE 901, Authentication | | |
| 143 | Stock option grants | 05/03/06 | Dep. Exh. 41 | | | | |
| 144 | Historical option grants | 06/29/06 | Dep. Exh. 48 | | | | |
| 145 | McComas to BOD re Venable opinion on naming GAP Exec. Off. | 07/05/06 | Dep. Exh. 49 | | | | |
| 146 | GAP "My Role" memo | 06/09/06 | Dep. Exh. 57 | | FRE 106, Incomplete | | |
| 147 | Email on PG's support of GAP | 03/21/07 | Dep. Exh. 64 | | FRE 802, Hearsay; FRE 901, Authentication | | |
| 148 | PG dismissal | 05/23/07 | Dep. Exh. 66 | | | | |
| 149 | GAP input on DCAA | 03/28/03 | Dep. Exh. 322 | 12/12/12 | FRE 402, Relevance | 12/12/12 | Turner |
| 150 | Email string re disclosure of GAP bio | 12/05/05 | Dep. Exh. 268 | 12/21/12 | | 1/2/13 | Gough |

SEC v. Prince, No. 09-CV-01423                                                          12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | Prior No. | Marked | ~~Objection~~ | ~~Rec'd~~ Admitted | Witness |
|---|---|---|---|---|---|---|---|
| 151 | GAP Business Card | | Dep. Exh. 104 | | | | |
| 152 | Comp. Comm. Draft Minutes | 11/15/06 | Dep. Exh.59 | | | | |
| 153 | Email to PG re sale of ISI | 03/21/07 | Dep. Exh. 62 | | | | |
| 154 | Email to Leimkuhler re sale of ISI | 03/21/07 | Dep. Exh. 63 | | FRE 802, Hearsay; FRE 901, Authentication | | |
| 155 | GAP "team ball" email | 11/19/02 | Dep. Exh. 152 | | | | |
| 156 | GAP "accounting tutorial" email | 04/07/98 | Dep. Exh. 228 | | | | |
| 157 | ISI Form 10-KSB 09/30/99 | 12/13/99 | | 12/12/12 | | 12/12/12 | |
| 158 | GAP 1998 Option Grant | 8/21/98 | | 12/12/12 | | 12/12/12 | |
| 159 | GAP 2000 Option Grant | 5/10/00 | | 12/12/12 | | 12/12/12 | |
| 160 | GAP 2001 Option Grant | 5/17/01 | | 12/12/12 | | 12/12/12 | |
| 161 | GAP 2002 Option Grant | 5/29/02 | | 12/12/12 | | 12/12/12 | |
| 162 | GAP 2003 Option Grant | 5/14/03 | | 12/12/12 | | 12/12/12 | |
| 163 | GAP 2004 Option Grant | 5/5/04 | | 12/12/12 | | 12/12/12 | |
| 164 | GAP 2006 Option Grant | 7/11/06 | | 12/12/12 | | 12/12/12 | |
| 165 | SEC Attestation of non-filing of Form 3, 4, or 5 between 1/1/2000 and 8/3/2006 on behalf of Gary Prince. | 11/19/12 | | 12/12/12 | | 12/12/12 | |
| 166 | SEC attestation of filing of Form 3 on 8/4/2006 on behalf of Gary Prince | 11/19/12 | | 12/12/12 | | 12/12/12 | |

SEC v. Prince, No. 09-CV-01423                                              12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | ~~Prior No.~~ | Marked | ~~Objection~~ | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
| 167 | SEC attestation of filing of Form 3 on 8/16/2006 on behalf of Gary Prince | 11/19/12 | | 12/12/12 | | 12/12/12 | |
| 168 | SEC attestation of filing of Form 4 on 3/28/2007 on behalf of Gary Prince | 11/19/12 | | 12/12/12 | | 12/12/12 | |
| 169 | Emails to and from Prince re Gough bonus | 11/7/05 | | 12/21/12 | | 1/2/13 | Gough |
| 170 | Gary Prince Designations – | 5/30/07 5/31/07 6/13/07 | | 12/13/12 | | 1/2/13 | |
| 171 | 17 C.F.R. Section 229.303 | | | 1/3/13 | | 1/4/13 | Prince |
| 172 | Email from awrenb to multiple recipients re: 5-21-07 BOD minutes | 5/23/07 | | 12/21/12 | | 1/2/13 | McCamas |
| 173 | Email from Christner to Dvorak re: Prince proposed bio | 8/3/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 174 | Email from Christner to Dvorak re: SEC disclosure | 8/4/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 175 | Email from Dvorak to Brown re: revised 8-K | 8/4/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 176 | Email from Dvorak to Brown re: Revised 8-K with Dvorak track changes | 8/4/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 177 | Email from brown to Dvorak re: revised 8-K | 8/6/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 178 | Email from Dvorak to Brown re: revised 8-K | 8/7/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 179 | Venable invoice of Dvorak 1999 activity | 5/15/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 180 | Venable invoice of Dvorak 1999 activity | 5/15/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 181 | Venable invoice of Dvorak 1999 activity | 5/15/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 182 | Venable invoice of Dvorak 2006 activity | 5/15/06 | | 1/2/13 | | 1/2/13 | Dvorak |
| 183 | Letter from Meshulam to Lieberman re: DLA Piper | 12/20/12 | | | | | |

SEC v. Prince, No. 09-CV-01423                                                12/06/12

## SEC'S TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Date | ~~Prior No.~~ | Marked | Objection | Rec'd Admitted | Witness |
|---|---|---|---|---|---|---|---|
|  | response to subpoena *duces tecum* |  |  |  |  |  |  |
| 184 | Venable invoice of Johnson 2006 activity | 5/15/06 |  | 1/3/13 |  | 1/4/13 | Johnson |
| 185 | Letter from Prince to Court re Trina Torre | 1/7/04 |  | 1/3/13 |  | 1/4/13 | Prince |
| 186 | "Wells" Memorandum on Behalf of Gary A. Prince | 8/15/08 |  | 1/3/13 |  | 1/4/13 | Prince |
| 187 | Fiscal Management Associates Brochure |  |  | 1/3/13 |  | 1/4/13 | Prince |
| 247 | Letter from Gough to Rodriguez re: Prince investigation | 10/17/06 |  | 12/20/12 |  | 1/2/13 | Gough |

The Commission reserves the right to use other documents to impeach or respond to exhibits offered by defendant, and to introduce it its case-in-chief exhibits listed by defendant.